# Court of Appeals, State of Michigan

## ORDER

Mark J. Cavanagh
Presiding Judge

People of MI v Frank James Neal

Jane M. Beckering

Docket No.   345748

LC No.      16-039732-FC

Elizabeth L. Gleicher
Judges

The motion for reconsideration is GRANTED, and this Court's opinion issued April 16, 2020 is hereby VACATED.  A new opinion will be issued.

On the Court's own motion, if either party files a letter request for oral argument within 7 days of the date of this order, the Court will schedule argument via Zoom video conference at a date and time in September 2020 to be determined by the Court.

_____
Judge

Cavanagh, P. J., will not be participating with regard to the motion for reconsideration.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

August 20, 2020
Date

Chief Clerk